# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj-446-GWF |
| | ) | |
| RAJAYEE SAYEGH | ) | Charging District: Eastern District of Missouri |
| *Defendant* | ) | Charging District's Case No. 4:19CR411-RLW/JMB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Thomas F. Eagleton – U.S. Courthouse<br>111 South Tenth Street, St. Louis, MO 63102-1116<br>Honorable John Bodenhausen, U.S. Magistrate Judge | Courtroom No.: 15th Floor |
|---|---|---|
| | | Date and Time: 1:30p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 10, 2019

*Judge's signature*

GEORGE FOLEY, JR., United States Magistrate Judge
*Printed name and title*

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

JUN 10 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY