AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-446-GWF |
| | ) | |
| RAJAYEE FARID SAYEGH | ) | Charging District: Eastern District of Missouri |
| *Defendant* | ) | Charging District's Case No. 4:19CR411-RLW/JMB |

## AMENDED ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Thomas F. Eagleton – U.S. Courthouse<br>111 South Tenth Street, St. Louis, MO 63102-1116<br>Honorable John Bodenhausen, U.S. Magistrate Judge | Courtroom No.: 15th Floor |
|---|---|---|
| | | Date and Time: July 18, 2019 at 1:30p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 11, 2019

_____
*Judge's signature*

GEORGE FOLEY, JR., United States Magistrate Judge
*Printed name and title*



RECEIVED
FILED _____ SERVED ON
ENTERED _____ COUNSEL/PARTIES OF RECORD

JUN 11 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY